IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00298-RPM

ROSIE PACHECO,

    Plaintiff,

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER COMES ON the parties' Stipulated Motion for Dismissal with Prejudice. Upon review of the Motion, any responses thereto, and the file in this matter, the Court hereby FINDS and ORDERS:

1. All claims between the Plaintiff, Rosie Pacheco, and Defendant, American Family, are hereby dismissed, with prejudice; and

2. Each party shall bear their own court costs and attorneys' fees.

Dated this 6th day of November, 2017.

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge